**CHIEF JUSTICE**
    ROGELIO VALDEZ

**JUSTICES**
    NELDA V. RODRIGUEZ
    DORI CONTRERAS GARZA
    GINA M. BENAVIDES
    GREGORY T. PERKES
    NORA L. LONGORIA

**CLERK**
    CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 31, 2015

Hon. Steve Wiggins
District Attorney`s Office
1001 Pearl Street
Beaumont, TX 77701
* DELIVERED VIA E-MAIL *

Hon. Lance P. Bradley
McPherson, Hughes, Bradley, Wimberley
3120 Central Mall Drive
Port Arthur, TX 77642
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00188-CV
Tr.Ct.No. B-191,390
Style:   Jefferson County Constables Association v. Jefferson County, Texas


        The above-referenced cause has been set for submission without oral argument on Monday, September 21, 2015, before a panel consisting of Chief Justice Rogelio Valdez, Justice Nelda V. Rodriguez and Justice Gregory T. Perkes.

                        Very truly yours,

                        Cecile Foy Gsanger, Clerk

CFG:ch